JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN P. HUNTER,<br><br>        Plaintiff,<br><br>      v.<br><br>K. SORHIEM,<br><br>        Defendant. | CASE NO. 2:15-cv-09253-DMG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Final Report and Recommendation of the United States Magistrate Judge, **IT IS ADJUDGED** that Defendant's motion for summary judgment is granted and the above-captioned action is dismissed without prejudice.

DATED: March 26, 2018

                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE